UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY M. DANIELS,<br>             Petitioner,<br><br>    v.<br><br>ANTHONY LAMARQUE, Warden,<br>             Respondent. | 1:02-cv-05387-REC-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 24)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 8, 2005, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that the petition for writ of habeas corpus be DISMISSED because the petition does not allege grounds that would entitle Petitioner to habeas corpus relief.  (Doc. 24). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten days from the date of service of that order.  On April 20, 2005, Petitioner filed objections to the Findings and Recommendation.  (Doc. 25).

///

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de
2   novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections,
3   the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the
4   record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate
5   Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

6   1. The Findings and Recommendation issued April 8, 2005, (Doc. 24) is ADOPTED IN
7   FULL;

8   2. The petition for writ of habeas corpus (Doc. 1) is Dismissed; and

9   3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent.

10   IT IS SO ORDERED.

11  **Dated:  May 5, 2005**              /s/ Robert E. Coyle
     668554                              UNITED STATES DISTRICT JUDGE